DONNA PRINCE LYNCH, Individually and as Parent and Natural Guardian of PHILIP LAWRENCE LYNCH, and as Administratrix of the Estate of TIMOTHY JOHN LYNCH, Deceased, et al., Respondent, v MIKE WATERS, as Fire Coordinator of County of Onondaga, et al., Respondents. MIKE WATERS, as Fire Coordinator of County of Onondaga, et al., Third-Party Plaintiffs-Respondents, v THE POMPEY HILL FIRE DISTRICT et al., Third-Party Defendants-Respondents, and THE VILLAGE OF MANLIUS et al., Third-Party Defendants-Appellants.

Submitted February 22, 2011; decided May 3, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

FAHIM MAJAWALLA, as Executor of YUSUF K. MAJAWALLA, Deceased, et al., Respondents, v UTICA FIRST INSURANCE COMPANY, Appellant.

Submitted March 14, 2011; decided May 3, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.